No. 257.   WRIGHT *v.* BOARD OF PUBLIC INSTRUCTION. October 8, 1945.   Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Fifth Circuit denied. *Mr. Miller Walton* for petitioner. *Mr. John D. Kennedy* for respondent.